IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA             Case No. 11-CR-00285-HZ

v.                                   INDICTMENT

ELLIOTT ERNEST MEJIA,                18 U.S.C. § 922(g)(1)
                                     21 U.S.C. § 841(a)(1)
       Defendant.                    18 U.S.C. § 924(d)
                                     28 U.S.C. § 2461(c)

**THE GRAND JURY CHARGES**:

**COUNT 1**

On or about May 26, 2011, in the District and State of Oregon, **ELLIOTT ERNEST MEJIA**, defendant herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I narcotic controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT 2**

On or about May 27, 2011, in the District and State of Oregon, **ELLIOTT ERNEST MEJIA**, defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I narcotic controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

/ / /

/ / /

/ / /

/ / /

## COUNT 3

On or about May 27, 2011, in the District and State of Oregon, **ELLIOTT ERNEST MEJIA**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about December 18, 2001, Multnomah County Circuit Court, State of Oregon, case number C01-08-35485, for DCS II;

(2) On or about April 14, 2003, Multnomah County Circuit Court, State of Oregon, case number C03-02-31056, for DCS II;

(3) On or about September 1, 2004, Multnomah County Circuit Court, State of Oregon, case number 04-06-32991, for DCS II; and

(4) On or about October 15, 2007, in Multnomah County Circuit Court, State of Oregon, case number 07-08-33795, for Burglary I,

did knowingly and unlawfully possess one or more of the following firearms:

A Remington 870 Express, 12-gauge shotgun, serial number W989402M, ILION, NY,

A Model 649, .22 caliber revolver, no serial number,

A Browning 7mm A-Bolt, serial number 25028NX7S7,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

/ / /

/ / /

/ / /

/ / /

Page 2 - INDICTMENT

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant, **ELLIOTT ERNEST MEJIA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and all ammunition involved in that offense, including without limitation:

    A Remington 870 Express, 12-gauge shotgun, serial number W989402M, ILION, NY,

    A Model 649, .22 caliber revolver, no serial number,

    A Browning 7mm A-Bolt, serial number 25028NX7S7.

Dated this 20th day of July, 2011.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
FREDRIC N. WEINHOUSE, OSB #77386
Assistant United States Attorney

PAGE 3 - INDICTMENT